Preston Anthony GREEN,
Plaintiff–Appellee,

v.

Roderick WARREN, Defendant–
Appellant.

No. 03–6792.

United States Court of Appeals,
Fourth Circuit.

Submitted July 15, 2003.

Decided July 24, 2003.

Robert A. Dybing, Thompson & McMullan, Richmond, Virginia, for Appellant. Preston Anthony Green, Appellee Pro Se.

Before WILKINSON and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Roderick Warren appeals the district court's order denying his Fed.R.Civ.P. 60(b) motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Green v. Warren,* No. CA–00–794–3 (E.D.Va. Apr. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*